UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.: S-1-4:23 CR 316 JAR |
| ) | |
| DIRELL ALEXANDER, ) | |
| ) | |
| Defendant. ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Missouri hereby moves to dismiss Counts 2 and 3 of the superseding indictment against Defendant Direll Alexander without prejudice.

SAYLER A. FLEMING
United States Attorney

*/s/ Christine H. Krug*
Christine H. Krug #42586MO
Assistant United States Attorney

Leave of Court is granted to dismiss Counts 2 and 3 of the superseding indictment.

_____
HONORABLE JOHN A. ROSS
UNITED STATES DISTRICT COURT JUDGE

Dated: This _____ day of March 2025.

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the above and foregoing was filed on March 13, 2025 through ECF to counsel of record.

                                           */s/ Christine H. Krug*
                                           Christine H. Krug #42586MO
                                           Assistant United States Attorney